392 P.3d 1216

STATE of Hawai'i, Plaintiff-Appellee,

v.

Ronald Melvin BARNES, Defendant-Appellant

NO. CAAP-15-0000909

Intermediate Court of Appeals of Hawai'i.

April 13, 2017

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-CR. NO. 12-1-0057)

SUMMARY DISPOSITION ORDER

Affirmed.